UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
JURADO, CESAR N.
GALLARDO, GLORIA

Case No.: 17-36085 (JKS)
Chapter: 7
Judge: JOHN K. SHERWOOD

**NOTICE OF PROPOSED ABANDONMENT**

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on APRIL 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 365 Delano Place<br>Fairview, NJ 07022<br><br>Current Market Value: $300,000.00 |
|---|---|

| Liens on property: | $354,841.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039
TELEPHONE NO: (973) 597-9100
SUBMITTED BY: Jay L. Lubetkin    POSITION: Chapter 7 Trustee    PHONE: (973)597-9100
DATED: March 8, 2018

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-36085-JKS
CESAR N. JURADO                                                        Chapter 7
GLORIA GALLARDO
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Mar 08, 2018
                               Form ID: pdf905          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         #CESAR N. JURADO,    GLORIA GALLARDO,    365 Delano Pl,    Fairview, NJ 07022-1703
517256960      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE  19808-1674)
517256959       Advanced Ambulatory Anesthesia,    PO Box 343,    Midland Park, NJ 07432-0343
517256962       Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
517280218      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
517256964       CAPITAL ONE BANK,    4851 Cox Rd,    Glen Allen, VA 23060-6293
517256966       CAPITAL ONE BANK USA, N.A.,    4851 Cox Rd,    Glen Allen, VA 23060-6293
517256963       Capital One,    Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
517256965       Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517256967       Capital One Bank USA, NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517256969      +Carrington Mortgage SE,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
517256970       Carrington Mortgage Service. LLC,    PO Box 3489,    Anaheim, CA 92803-3489
517256971       Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273
517256972       Credit One Bank/Midland Funding,    c/o Pressler & PresslerLLP,,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
517256975       Eos Cca,    PO Box 981008,    Boston, MA 02298-1008
517256976       Fdsb Macys,    PO Box 8218,    Mason, OH 45040-8218
517256977       HOLY NAME HOSPITAL/HOUSE PHYSICIANS,    c/o Pressler & Pressler,,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
517256978       HOLY NAME MEDICAL CENTER,    PO Box 42966,    Philadelphia, PA 19101-2966
517256979       I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517256980       LVNV Funding LLC,    c/o Valentine & Kerbartas LLC,,    PO Box 325,    Lawrence, MA 01842-0625
517256983       MIDLAND FUNDING, LLC,    c/o Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517256981       Macys/fdsb,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517256982       Midland Funding LLC,    7 Entin Rd # C,    Parsippany, NJ 07054-5020
517256984       Mulkay Cardiology Consultants at HNH,    PO Box 95000-5650,    Philadelphia, PA 19195-0001
517256985      +PHILIP H TSAI ,    MD,    185 Cedar Ln,    Teaneck, NJ 07666-4303
517256989      +VERIZON,    140 West St,    New York, NY 10007-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517256961       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2018 23:24:50      American Honda Finance,
                 PO Box 168088,    Irving, TX 75016-8088
517256973       E-mail/Text: mrdiscen@discover.com Mar 08 2018 23:23:58      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517256974       E-mail/Text: mrdiscen@discover.com Mar 08 2018 23:23:58      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
517256988       E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 23:24:16      US INTERNAL REVENUE SERVICE,
                 1040 Waverly Ave,    Holtsville, NY 11742-1129
517256987       E-mail/Text: bankruptcy@pseg.com Mar 08 2018 23:23:56      PSE&G,    PO Box 790,
                 Cranford, NJ 07016-0790
517256986       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 23:39:30
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517257156      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 23:25:53      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517256968*      CAPITAL ONE BANK, USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 08, 2018
                              Form ID: pdf905            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              John H. Anlian    on behalf of Joint Debtor GLORIA   GALLARDO johnanlian@yahoo.com,
               G25748@notify.cincompass.com
              John H. Anlian    on behalf of Debtor CESAR N. JURADO johnanlian@yahoo.com,
               G25748@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```