**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | CESAR N. JURADO | Social Security number or ITIN  xxx–xx–5001 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | GLORIA GALLARDO | Social Security number or ITIN  xxx–xx–4709 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–36085–JKS

## Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CESAR N. JURADO                              GLORIA GALLARDO
                                             aka GLORIA JURADO

3/29/18                                      **By the court:**   John K. Sherwood
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 17-36085-JKS
CESAR N. JURADO                                              Chapter 7
GLORIA GALLARDO
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: 318             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db/jdb         #CESAR N. JURADO,    GLORIA GALLARDO,    365 Delano Pl,    Fairview, NJ 07022-1703
517256960      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
517256959       Advanced Ambulatory Anesthesia,    PO Box 343,    Midland Park, NJ 07432-0343
517256962       Amerisol,    PO Box 65018,   Baltimore, MD 21264-5018
517280218      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,     1600 South Douglass Road,
                 Anaheim, CA 92806-5948
517256969      +Carrington Mortgage SE,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
517256970       Carrington Mortgage Service. LLC,    PO Box 3489,    Anaheim, CA 92803-3489
517256972       Credit One Bank/Midland Funding,    c/o Pressler & PresslerLLP,,     7 Entin Rd,
                 Parsippany, NJ 07054-5020
517256975       Eos Cca,    PO Box 981008,   Boston, MA 02298-1008
517256977       HOLY NAME HOSPITAL/HOUSE PHYSICIANS,    c/o Pressler & Pressler,,     7 Entin Rd,
                 Parsippany, NJ 07054-5020
517256978       HOLY NAME MEDICAL CENTER,    PO Box 42966,    Philadelphia, PA 19101-2966
517256980       LVNV Funding LLC,    c/o Valentine & Kerbartas LLC,,    PO Box 325,    Lawrence, MA 01842-0625
517256983       MIDLAND FUNDING, LLC,    c/o Pressler and Pressler,,    7 Entin Rd,    Parsippany, NJ 07054-5020
517256982       Midland Funding LLC,    7 Entin Rd # C,    Parsippany, NJ 07054-5020
517256984       Mulkay Cardiology Consultants at HNH,    PO Box 95000-5650,    Philadelphia, PA 19195-0001
517256985      +PHILIP H TSAI ,   MD,    185 Cedar Ln,    Teaneck, NJ 07666-4303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517256961       EDI: HNDA.COM Mar 30 2018 06:23:00      American Honda Finance,    PO Box 168088,
                 Irving, TX 75016-8088
517256964       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      CAPITAL ONE BANK,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
517256966       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      CAPITAL ONE BANK USA, N.A.,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
517256963       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      Capital One,   Attn: Bankruptcy,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
517256965       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517256967       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      Capital One Bank USA, NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517256971       EDI: WFNNB.COM Mar 30 2018 06:23:00      Comenity Bank,   PO Box 182273,
                 Columbus, OH 43218-2273
517256973       EDI: DISCOVER.COM Mar 30 2018 06:23:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
517256974       EDI: DISCOVER.COM Mar 30 2018 06:23:00      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
517256976       EDI: TSYS2.COM Mar 30 2018 06:23:00      Fdsb Macys,   PO Box 8218,    Mason, OH 45040-8218
517256979       EDI: IIC9.COM Mar 30 2018 06:24:00      I.C. System Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
517256988       EDI: IRS.COM Mar 30 2018 06:24:00      US INTERNAL REVENUE SERVICE,    1040 Waverly Ave,
                 Holtsville, NY 11742-1129
517256981       EDI: TSYS2.COM Mar 30 2018 06:23:00      Macys/fdsb,   Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
517256987       E-mail/Text: bankruptcy@pseg.com Mar 30 2018 02:40:14      PSE&G,    PO Box 790,
                 Cranford, NJ 07016-0790
517256986       EDI: PRA.COM Mar 30 2018 06:23:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
517257156      +EDI: RMSC.COM Mar 30 2018 06:24:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517256989      +EDI: VERIZONCOMB.COM Mar 30 2018 06:24:00      VERIZON,   140 West St,    New York, NY 10007-2123
                                                                                             TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517256968*      CAPITAL ONE BANK, USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Mar 29, 2018
                              Form ID: 318             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin     jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          John H. Anlian      on behalf of Joint Debtor GLORIA   GALLARDO johnanlian@yahoo.com,
           G25748@notify.cincompass.com
          John H. Anlian      on behalf of Debtor CESAR N. JURADO johnanlian@yahoo.com,
           G25748@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```